# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, TRUSTEE OF THE ARIEL JAIME BANKRUPTCY ESTATE,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE CAPITAL ASSOCIATES, INC., *et al.*,<br><br>    Defendants. | Case No. 2:10-CV-01562-KJD-LRL<br><br>**ORDER** |

Presently before the Court is Defendant EMC Mortgage Corporation's Motion to Consolidate (#4). Though the time for doing so has passed, no response in opposition has been filed. Having read and considered the motion and good cause being found, and in accordance with Local Rule 7-2(d), the motion to consolidate this action with 2:10-cv-01551-PMP-PAL is **GRANTED**.

**IT IS SO ORDERED**.

DATED this 13th day of October 2010.

_____
Kent J. Dawson
United States District Judge